# THE STATE OF NEW HAMPSHIRE

## SUPREME COURT

**In Case No. 2014-0217, <u>DomVincent, LLC v. Town of Derry</u>, the court on February 20, 2015, issued the following order:**

Having considered the briefs and record submitted on appeal, we conclude that oral argument is unnecessary in this case. <u>See</u> <u>Sup. Ct. R.</u> 18(1). We affirm.

The appellant, DomVincent, LLC, appeals orders of the Superior Court (<u>Wageling</u>, J.): (1) dismissing for lack of standing its appeal of a decision by the zoning board of adjustment (ZBA) of the appellee, the Town of Derry, <u>see</u> RSA 677:4 (Supp. 2014); and (2) striking the appearance of Steven Trefethen and requiring it to have an attorney or other individual appear on its behalf, <u>see</u> RSA 311:7 (2005). DomVincent argues that the trial court: (1) erred by raising, <u>sua sponte</u>, the issue of DomVincent's standing and finding, after a hearing regarding its standing, that DomVincent lacked standing and that such a finding was not barred by equitable doctrines; (2) erred by striking Trefethen's appearance after the trial court dismissed the action because DomVincent claims that the trial court then lacked subject matter jurisdiction; and (3) denied Trefethen's due process rights by precluding him from representing DomVincent and erred by finding that Trefethen was not representing himself, that he appeared commonly, and that res judicata did not establish his right to represent DomVincent before the trial court in this matter.

As the appealing party, DomVincent has the burden of demonstrating reversible error. <u>Gallo v. Traina</u>, 166 N.H. ___, ___, 103 A.3d 1183, 1186 (2014). Based upon our review of the trial court's orders, DomVincent's challenges to them, the relevant law, and the record submitted on appeal, we conclude that DomVincent has not demonstrated reversible error. <u>See</u> <u>id</u>.

<u>Affirmed</u>.

Dalianis, C.J., and Hicks, Conboy, Lynn, and Bassett, JJ., concurred.


**Eileen Fox,
Clerk**